UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

08 CRIM. 112

- - - - - - - - - - - - - - - - - -x

UNITED STATES OF AMERICA          :    **SEALED**
                                       INFORMATION

          -v.-                    :    08 Cr.

DINELSON INFANTE,                 :
     a/k/a "Nelson,"
                                  :
               Defendant.
                                  :

- - - - - - - - - - - - - - - - - -x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/11/08

                    COUNT ONE

          The United States Attorney charges:

          1.  From in or about early November through November 20, 2007, in the Southern District of New York and elsewhere, DINELSON INFANTE, a/k/a "Nelson," the defendant, and others known and unknown, unlawfully, intentionally, and knowingly, did combine, conspire, confederate and agree together and with each other to violate the narcotics laws of the United States.

          2.  It was a part and an object of the conspiracy that DINELSON INFANTE, a/k/a "Nelson," the defendant, and others known and unknown, would and did distribute and possess with intent to distribute a controlled substance, to wit, five kilograms and more of mixtures and substances containing a detectable amount of cocaine, in violation of Title 21, United States Code, Sections 812, 841(a)(1), and 841(b)(1)(A).

                    OVERT ACTS

          3.  In furtherance of the conspiracy and to effect the illegal object thereof, the following overt acts, among others,

were committed in the Southern District of New York and elsewhere:

    a. On or about July 16, 2007, DINELSON INFANTE, a/k/a "Nelson," the defendant, while in the Bronx, New York, had a conversation over the telephone with a co-conspirator not named as a defendant herein ("CC-1") about kidnapping someone who had robbed narcotics proceeds from CC-1.

(Title 21, United States Code, Section 846.)

### FORFEITURE ALLEGATION

4. As a result of committing the controlled substance offense alleged in Count One of this Information, DINELSON INFANTE, a/k/a "Nelson," the defendant, shall forfeit to the United States pursuant to 21 U.S.C. § 853, any and all property constituting or derived from any proceeds the said defendant obtained directly or indirectly as a result of the said violation and any and all property used or intended to be used in any manner or part to commit and to facilitate the commission of the violation alleged in Count One of this Information.

5. If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

(1) cannot be located upon the exercise of due diligence;

(2) has been transferred or sold to, or deposited with, a third person;

      (3) has been placed beyond the jurisdiction of the Court;

      (4) has been substantially diminished in value; or

      (5) has been commingled with other property which cannot be subdivided without difficulty; it is the intent of the United States, pursuant to 21 U.S.C. § 853(p), to seek forfeiture of any other property of the defendant up to the value of the above forfeitable property.

(Title 21, United States Code, Sections 841(a)(1), 846, and 853.)

                                                  _____
                                                  MICHAEL J. GARCIA
                                                  United States Attorney

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

DINELSON INFANTE,
a/k/a "Nelson,"

Defendant.

**SEALED INFORMATION**

08 Cr.

(21 U.S.C. § 846)

MICHAEL J. GARCIA
United States Attorney.

2/11/08 FLD INFORMATION AND WAIVER OF INDICTMENT CASE ASSIGNED TO JUDGE GRIESA FOR ALL PURPOSES DEFT'S BAIL CONT'D AS PREVIOUSLY SET-EXCEPT MODIFICATION TO ALLOW DEFT TO TRAVEL TO WORK.

GORENSTEIN M.J.