

**ORIGINAL**

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

April 24, 2008

**BY HAND**

The Honorable Douglas F. Eaton
United States Magistrate Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007

    Re:   United States v. Dinelson Infante,
          08 Cr. 112 (TPG)

Dear Judge Eaton:

    The defendant pled guilty on or about April 16, 2008, to a superseding information. Certain previously filed documents associated with this case, including certain documents filed under 08 Cr. 112, were sealed. The Government respectfully requests that Your Honor order that all documents associated with this case be unsealed.

Respectfully submitted,

MICHAEL J. GARCIA
United States Attorney

By: _____
    Todd Blanche
    Assistant U.S. Attorney
    (212) 637-2494
    (212) 637-2390 (facsimile)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: APR 24 2008

SO ORDERED: 4/24/08

_____
DOUGLAS F. EATON
UNITED STATES MAGISTRATE JUDGE