**ORIGINAL**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JUDGE CHESA

- - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA     : **SEALED**
        - v. -               : NOTICE OF INTENT TO FILE
                          : INFORMATION

DINELSON INFANTE,         : 08 Cr. ____

     Defendant.

- - - - - - - - - - - - - - - - - x

       Please take notice that the United States Attorney's Office will file an information upon the defendant's waiver of indictment, pursuant to Rule 7(b) of the Federal Rules of Criminal Procedure.

Dated:     New York, New York
           February 7, 2008

                                      MICHAEL J. GARCIA
                                      United States Attorney

            By: _____
                 PARVIN MOYNE
                 Assistant United States Attorney

                 AGREED AND CONSENTED TO:

            By: _____
                 Attorney for DINELSON INFANTE

ELECTRONICALLY FILED

2/8/08 WHEEL A