NM



U.S. Department of Justice

United States Attorney
Southern District of New York

# MEMO ENDORSED

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

February 25, 2008

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/27/08

**By Hand**
Honorable Thomas P. Griesa
United States District Judge
United States Courthouse
500 Pearl Street
New York, NY 10007

FEB 2 6 2008

Re:   **United States v. Dinelson Infante,**
      08 Cr. 112 (TPG)

Dear Judge Griesa:

Please find enclose the sealed information in the above-referenced case, which was filed on February 11, 2008. The defendant was arraigned before Magistrate Judge Gabriel W. Goreinstein on that same day.

The Government respectfully requests that a pre-trial conference in this matter be scheduled for the week of March 10, 2008. The Government further respectfully requests (with the consent of the defendant) that the Court exclude the time under the Speedy Trial Act until the conference date, because the ends of justice served by excluding time under the Speedy Trial Act outweigh the best interest of the public and the defendant in a speedy trial. See 18 U.S.C. § 3161(h)(8). The parties have been involved in extensive plea negotiations, and expect to reach a disposition in the next couple of weeks.

Respectfully submitted,
MICHAEL J. GARCIA
United States Attorney

By: Parvin Moyne
    Assistant United States Attorney
Telephone: (212) 637-2510

cc:   Francisco Serrano, Esq. *(by facsimile)*

*Approved*
*Thomas P. Griesa*
*USDJ    2/26/08*