UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | INFORMATION |
| -v.- | : | S1 08 Cr. 112 (TPG) |
| DINELSON INFANTE,<br>    a/k/a "Nelson," | : | |
| Defendant. | : | |

- - - - - - - - - - - - - - - - - -x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

COUNT ONE

The United States Attorney charges:

1.  From in or about 2004 through on or about November 20, 2007, in the Southern District of New York and elsewhere, DINELSON INFANTE, a/k/a "Nelson," the defendant, and others known and unknown, unlawfully, intentionally, and knowingly, did combine, conspire, confederate and agree together and with each other to violate the narcotics laws of the United States.

2.  It was a part and an object of the conspiracy that DINELSON INFANTE, a/k/a "Nelson," the defendant, and others known and unknown, would and did distribute and possess with intent to distribute a controlled substance, to wit, five kilograms and more of mixtures and substances containing a detectable amount of cocaine, in violation of Title 21, United States Code, Sections 812, 841(a)(1), and 841(b)(1)(A).

(Title 21, United States Code, Section 846.)

FORFEITURE ALLEGATION

4.  As a result of committing the controlled substance

offense alleged in Count One of this Superseding Information, DINELSON INFANTE, a/k/a "Nelson," the defendant, shall forfeit to the United States pursuant to 21 U.S.C. § 853, any and all property constituting or derived from any proceeds the said defendant obtained directly or indirectly as a result of the said violation and any and all property used or intended to be used in any manner or part to commit and to facilitate the commission of the violation alleged in Count One of this Superseding Information.

   5. If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

   (1) cannot be located upon the exercise of due diligence;

   (2) has been transferred or sold to, or deposited with, a third person;

   (3) has been placed beyond the jurisdiction of the Court;

   (4) has been substantially diminished in value; or

   (5) has been commingled with other property which cannot be subdivided without difficulty; it is the intent of the United States, pursuant to 21 U.S.C. § 853(p), to seek forfeiture

of any other property of the defendant up to the value of the above forfeitable property.

(Title 21, United States Code, Sections 841(a)(1), 846, and 853.)

_____
MICHAEL J. GARCIA
United States Attorney

```
       UNITED STATES DISTRICT COURT
       SOUTHERN DISTRICT OF NEW YORK

             UNITED STATES OF AMERICA

                      - v. -

                 DINELSON INFANTE,
                 a/k/a "Nelson,"

                    Defendant.

                   INFORMATION

                S1 08 Cr. 112 (TPG)

                 (21 U.S.C. § 846)

                 MICHAEL J. GARCIA
              United States Attorney.
```

4/16/08

Deft pres w/ atty Francisco Serrano, apprd by Todd Blanche for Parvin Moyne, AUSA. Deft waives prosecution by indictment and consents to proceed by this information. Deft is arraigned on this instrument and enters a plea of guilty as charged. Pre-sentence investigation ordered. Sentence date set for 9/19/08 @ 10:30 Am. Deft cont'd released.

Briesa, J